

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-78,599-03

### EX PARTE LEO HASKEL SHIVERS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 21,369-B IN THE 258th DISTRICT COURT
### FROM POLK COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of bail jumping and failure to appeal and sentenced to four years' imprisonment. No appeal was taken.

The Applicant's allegations that the trial court was without jurisdiction in this case, his counsel rendered ineffective assistance, and that he is being improperly denied release to mandatory supervision are denied. The Applicant's allegation that he is being improperly denied pre-sentence jail time credit is dismissed. *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte*

*Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Filed: November 5, 2014
Do not publish